| Fill in this information to identify your case and this filing: | | | |
|---|---|---|---|
| Debtor 1 | Stephen | Lewis | Whitmire |
| | First Name | Middle Name | Last Name |
| Debtor 2 | Amy | Lynne | Whitmire |
| (Spouse. if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | Eastern District of Tennessee | | |
| Case Number (If known) | 1:12-bk-15929-SDR | | (State) |

☒ Check if this is an amended filing

Official Form 106A/B

# Schedule A/B: Property                                                              12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. Do you own or have any legal or equitable interest in any residence, building, land, or similar property?
   ☐ No. Go to Part 2.
   ☒ Yes. Where is the property?

   1.1 Cleveland, TN
       Street address, if available, or other description

       _____
       City       State       ZIP Code

       _____
       County

   **What is the property?** Check all that apply.
   ☐ Single-family home
   ☐ Duplex or multi-unit building
   ☐ Condominium or cooperative
   ☒ Manufactured or mobile home
   ☐ Land
   ☐ Investment property
   ☐ Timeshare
   ☐ Other _____

   **Who is the owner of the property?** Check one.
   ☐ Debtor 1 only
   ☐ Debtor 2 only
   ☒ Debtor 1 and Debtor 2 only
   ☐ At least one of the debtors and another

   Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

   Current value of the entire property?  $15,000.00
   Current value of the portion you own?   $15,000.00

   Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.
   N/A

   ☐ Check if this is community property (see instructions)

   Other information you wish to add about this item, such as local property identification number: _____

2. Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here. ............→ $15,000.00

## Part 2: Describe Your Vehicles

Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not? Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases*.

3. Cars, vans, trucks, tractors, sport utility vehicles, motorcycles
   ☐ No
   ☒ Yes

| Debtor 1 | Stephen | Lewis | Whitmire | Case Number | (If known) 1:12-bk-15929-SDR |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

3.1 Make: _____
Model: _____
Year: _____
Approximate mileage: _____
Other information: _____

Who is an owner of the property? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☒ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property
(See instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property? $ 7,500.00
Current value of the portion you own? $ 7,500.00

If you own or have more than one, list here:

3.2 Make: _____
Model: _____
Year: _____
Approximate mileage: _____
Other information: _____

Who is an owner of the property? Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property
(See instructions)

Current value of the entire property? $ 3,700.00
Current value of the portion you own? $ 3,700.00

3.3 Make: _____
Model: _____
Year: _____
Approximate mileage: _____
Other information: _____

Who is an owner of the property? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☒ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property
(See instructions)

Current value of the entire property? $ 3,000.00
Current value of the portion you own? $ 3,000.00

3.4 Make: _____
Model: _____
Year: _____
Approximate mileage: _____
Other information: _____

Who is an owner of the property? Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property
(See instructions)

Current value of the entire property? $ 1,000.00
Current value of the portion you own? $ 1,000.00

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
*Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

☒ No
☐ Yes

5. **Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here.** → $ **$15,200.00**

Official Form 106A/B          Schedule A/B: Property          page 2

| Debtor 1 | Stephen | Lewis | Whitmire | Case Number (If known) 1:12-bk-15929-SDR |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

### Part 3: Describe Your Personal and Household Items

**Do you own or have any legal or equitable interest in any of the following items?**

Current value of the portion you own?
Do not deduct secured claims or exemptions.

**6. Household goods and furnishings**
*Examples:* Major appliances, furniture, linens, china, kitchenware
☐ No.
☒ Yes. Describe. ........ Household Goods                                                                $ 500.00

**7. Electronics**
*Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
☒ No.
☐ Yes. Describe. ........                                                                                 $ 0.00

**8. Collectibles of value**
*Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
☒ No.
☐ Yes. Describe. ........                                                                                 $ 0.00

**9. Equipment for sports and hobbies**
*Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments
☐ No.
☒ Yes. Describe. ........ Camera                                                                          $ 30.00

**10. Firearms**
*Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
☒ No.
☐ Yes. Describe. ........                                                                                 $ 0.00

**11. Clothes**
*Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
☐ No.
☒ Yes. Describe. ........ Clothing & Other Personal Effects                                               $ 450.00

**12. Jewelry**
*Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
☐ No.
☒ Yes. Describe. ........ Everyday Jewelry                                                                $ 850.00

**13. Non-farm animals**
*Examples:* Dogs, cats, birds, horses
☒ No.
☐ Yes. Describe. ........                                                                                 $ 0.00

**14. Any other personal and household items you did not already list, including any health aids you did not list**
*Examples:*
☒ No.
☐ Yes. Give specific information. ........                                                                $ 0.00

**15. Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here.** ............ →   $ 1,830.00

| Debtor 1 | Stephen | Lewis | Whitmire | Case Number (If known) 1:12-bk-15929-SDR |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

### Part 4: Describe Your Financial Assets

Do you own or have any legal or equitable interest in any of the following?

Current value of the portion you own?
Do not deduct secured claims or exemptions.

**16. Cash**
*Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition
☐ No.
☒ Yes........................................................................................................ Cash: ................  $ 3.00

**17. Deposits of money**
*Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.
☐ No.
☒ Yes............
Institution name:
17.1 Checking account:    Checking Account    $ 800.00

**18. Bonds, mutual funds, or publicly traded stocks**
*Examples:* Bond funds, investment accounts with brokerage firms, money market accounts
☒ No.
☐ Yes............
Institution or issuer name:
 $ 0.00

**19. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**
☒ No.
☐ Yes. Give specific information about them. ............
Name of entity:    % of ownership:  0.0 %    $ 0.00

**20. Government and corporate bonds and other negotiable and non-negotiable instruments**
*Examples:* Negotiable instruments include personal checks, cashiers' checks, promissory notes, and money orders. Non-negotiable instruments are those you cannot transfer to someone by signing or delivering them.
☒ No.
☐ Yes. Give specific information about them. ............
Issuer name:
 $ 0.00

**21. Retirement or pension accounts**
*Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans
☒ No.
☐ Yes. List each account separately..
Type of account:    Institution name:
 $ 0.00

**22. Security deposits and prepayments**
*Examples:* Your share of all unused deposits you have made so that you may continue service or use from a company
Examples: Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others
☐ No.
☒ Yes............
Institution name or individual:
Security deposit on rental unit: Security Deposit    $ 265.00

**23. Annuities (A contract for a periodic payment of money to you, either for life or for a number of years)**
☒ No.
☐ Yes............
Issuer name and description:
 $ 0.00

| Debtor 1 | Stephen | Lewis | Whitmire | Case Number | (If known) | 1:12-bk-15929-SDR |
|---|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | | |

**24. Interests in an education IRA as defined in 26 U.S.C. 530(b)(1) or under a qualified state tuition plan as defined in 26 U.S.C. 529(b)(1).**
☒ No.
☐ Yes............  **Institution name and description. Separately file the records of any interests. 11 U.S.C § 521(c).**

$ 0.00

**25. Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**
☒ No.
☐ Yes. Give specific information about them. ............

$ 0.00

**26. Patents, copyrights, trademarks, trade secrets, and other intellectual property**
*Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements
☒ No.
☐ Yes. Give specific information about them. ............

$ 0.00

**27. Licenses, franchises, and other general intangibles**
*Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses
☒ No.
☐ Yes. Give specific information about them. ............

$ 0.00

**Money or property owed to you?**

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

**28. Tax refunds owed to you**
☐ No.
☒ Yes. Give specific information about them, including whether you already filed the returns and the tax years............

| Anticipated 2012 Tax Refund-Estimated | State: | $ 3,500.00 |

**29. Family support**
*Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement
☒ No.
☐ Yes. Give specific information........

$ 0.00

**30. Other amounts someone owes you**
*Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else
☒ No.
☐ Yes. Give specific information........

$ 0.00

**31. Interests in insurance policies**
*Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance
☒ No.
☐ Yes. Name the insurance company of each policy and list its value....

**Company name:**   **Beneficiary:**   **Surrender or refund value**

$ 0.00

| Debtor 1 | Stephen | Lewis | Whitmire | Case Number | (If known) | 1:12-bk-15929-SDR |
|---|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | | |

**32. Any interest in property that is due you from someone who has died**
If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died

☒ No.
☐ Yes. Give specific information........

$ 0.00

**33. Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
*Examples:* Accidents, employment disputes, insurance claims, or rights to sue

☒ No.
☐ Yes. Describe each claim.............

$ 0.00

**34. Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

☐ No.
☒ Yes. Describe each claim.............

Pending Settlement of Personal Injury Claim

$ 4,250.00

**35. Any financial assets you did not already list**

☒ No.
☐ Yes. Give specific information........

$ 0.00

**36.** Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here. →  $ 8,818.00

---

**Part 5:** Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.

**37. Do you own or have any legal or equitable interest in any business-related property?**

☒ No. Go to Part 6.
☐ Yes. Go to line 38.

Current value of the portion you own?
Do not deduct secured claims or exemptions.

---

**Part 6:** Describe Any Farm- and Commercial-Related Property You Own or Have an Interest In.
If you own or have an interest in farmland, list it in Part 1.

**46. Do you own or have any legal or equitable interest in any business-related property?**

☒ No. Go to Part 7.
☐ Yes. Go to line 47.

Current value of the portion you own?
Do not deduct secured claims or exemptions.

---

**Part 7:** Describe All Property You Own or Have an Interest in That You Did Not List Above

**53. Do you have other property of any kind you did not already list?**
*Examples:* Season tickets, country club membership

☒ No.
☐ Yes. Give specific information..........

| Debtor 1 | Stephen | Lewis | Whitmire | Case Number | (If known) | 1:12-bk-15929-SDR |
|---|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | | |

## Part 8: List the Totals of Each Part of this Form

55. Part 1: **Total real estate, line 2**.................................................................... → $ __15,000.00__

56. Part 2: **Total vehicles, line 5**                                   $ __15,200.00__

57. Part 3: **Total personal and household items, line 15**         $ __$1,830.00__

58. Part 4: **Total financial assets, line 36**                       $ __$8,818.00__

59. Part 5: **Total business-related property, line 45**             $ __$0.00__

60. Part 6: **Total farm- and fishing-related property, line 52**    $ __$0.00__

61. Part 7: **Total other property not listed, line 54**           + $ __$0.00__

62. **Total personal property.** Add lines 56 through 61 ...............    $ __$25,848.00__   Copy personal property total → +$ __$25,848.00__

63. **Total of all property on Schedule A/B.** Add line 55 + line 62. ..............................................    $ __$40,848.00__

Official Form 106A/B                Schedule A/B: Property                page 7

| Fill in this information to identify your case and this filing: | | |
|---|---|---|
| Debtor 1 | Stephen          Lewis          Whitmire | |
| | First Name       Middle Name    Last Name | |
| Debtor 2 | Amy              Lynne          Whitmire | |
| (Spouse, if filing) | First Name    Middle Name    Last Name | |
| United States Bankruptcy Court for the: | Eastern District of Tennessee | |
| Case Number (If known) | 1:12-bk-15929-SDR | (State) |

☒ Check if this is an amended filing

Official Form 106C

# Schedule C: The Property You Claim as Exempt    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions -- such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds -- may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.

## Part 1: Identify the Property You Claim as Exempt

1. Which set of exemptions are you claiming? *Check one only, even if your spouse is filing with you.*
   - ☒ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)
   - ☐ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: 1999 Yamaha Banshee<br>Line from *Schedule A/B*: 3 | $ 1,000.00 | ☒ $ 1,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | TCA § 26-2-103 |
| Brief description: 2000 Ford F-150<br>Line from *Schedule A/B*: 3 | $ 3,700.00 | ☒ $ 3,700.00<br>☐ 100% of fair market value, up to any applicable statutory limit | TCA § 26-2-103 |
| Brief description: 2009 Yamaha YZ450F<br>Line from *Schedule A/B*: 3 | $ 3,000.00 | ☒ $ 200.00<br>☐ 100% of fair market value, up to any applicable statutory limit | TCA § 26-2-103 |

3. Are you claiming a homestead exemption of more than $155,675?
   (Subject to adjustment on 4/01/16 and every 3 years after that for cases filed on or after the date of adjustment.)
   - ☒ No
   - ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?
       - ☐ No
       - ☐ Yes

Official Form 106C    Schedule C: The Property You Claim as Exempt    page 1 of 2

| Debtor 1 | Stephen | Lewis | Whitmire | Case Number | (If known) | 1:12-bk-15929-SDR |
|---|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | | |

## Part 2: Additional Page

| Brief description of the property and line on Schedule A/B that lists this property | Current value of the portion you own<br>Copy the value from Schedule A/B | Amount of the exemption you claim<br>Check only one box for each exemption. | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: Anticipated 2012 Tax Refund-Estimate<br>Line from Schedule A/B: 28 | $ 3,500.00 | ☒ $ 3,500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | TCA § 26-2-103 |
| Brief description: Camera<br>Line from Schedule A/B: 9 | $ 30.00 | ☒ $ 30.00<br>☐ 100% of fair market value, up to any applicable statutory limit | TCA § 26-2-103 |
| Brief description: Cash on Hand<br>Line from Schedule A/B: 16 | $ 3.00 | ☒ $ 3.00<br>☐ 100% of fair market value, up to any applicable statutory limit | TCA § 26-2-103 |
| Brief description: Checking Account<br>Line from Schedule A/B: 17 | $ 800.00 | ☒ $ 800.00<br>☐ 100% of fair market value, up to any applicable statutory limit | TCA § 26-2-103 |
| Brief description: Clothing & Other Personal Effects<br>Line from Schedule A/B: 11 | $ 450.00 | ☒ $ 450.00<br>☐ 100% of fair market value, up to any applicable statutory limit | TCA § 26-2-104 |
| Brief description: Everyday Jewelry<br>Line from Schedule A/B: 12 | $ 850.00 | ☒ $ 850.00<br>☐ 100% of fair market value, up to any applicable statutory limit | TCA § 26-2-103 |
| Brief description: Household Goods<br>Line from Schedule A/B: 6 | $ 500.00 | ☒ $ 500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | TCA § 26-2-103 |
| Brief description: Pending Settlement of Personal Injury<br>Line from Schedule A/B: 34 | $ 4,250.00 | ☒ $ 4,250.00<br>☐ 100% of fair market value, up to any applicable statutory limit | TCA § 26-2-111(2)(B) |
| Brief description: Security Deposit<br>Line from Schedule A/B: 22 | $ 265.00 | ☒ $ 265.00<br>☐ 100% of fair market value, up to any applicable statutory limit | TCA § 26-2-103 |

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF TENNESSEE
# SOUTHERN DIVISION

**In Re:**
    **Stephen Lewis Whitmire**       *       Chapter 13
    **Amy Lynne Whitmire**            *
                                      *
        **Debtor(s)**              *       Case No. 1:12-bk-15929-NWW

## CERTIFICATE OF SERVICE

I hereby certify that I have served a true and exact copy of Amended Schedule A/B-Property and Amended Schedule C-Property Claimed as Exempt on Kara L. West, Trustee, P.O. Box 511, Chattanooga, TN 37401, U.S. Bankruptcy Court, 31 E. 11th Street, Chattanooga, TN 37402, U.S. Trustee, 31 E. 11th Street, 4th Floor, Chattanooga, TN 37401, the debtor(s) and all creditors per the attached matrix electronically or by first class mail this 29th day of December, 2015.

                Respectfully submitted,

                RICHARD BANKS & ASSOCIATES, PC

                By: /s/ Richard L. Banks
                Richard L. Banks, BPR No. 000617
                Rebble S. Johnson, BPR No. 011548
                Andrew B. Morgan, BPR No. 026879
                R. Bradley Banks, BPR No. 031013
                393 Broad Street NW
                P.O. Box 1515
                Cleveland, TN  37364
                P: (423) 479-4188
                F: (423) 478-1175
                *Attorneys for Debtor*

Anesthesia Consultants Exchange
PO Box 11225
Chattanooga, TN 37401


AT&T
PO Box 105503
Atlanta, GA 30348-5503


Balram L Chhajwani MD
915 Clingan Ridge Drive
Cleveland, TN 37312


Bass & Associates
CAPITAL ONE, N.A.
3936 E. Ft. Lowell Rd., Suite 200
Tucson, AZ 85712


Belk
PO Box 960012
Orlando, FL 32896-0012


Blue Ridge Medical Oncology
PO Box 3565
Crossville, TN 38557-3565


Bradley County EMS
P.O. Box 1478
Cleveland, TN 37364


Buffaloe & Associates
201 4th Avenue North  Suite 1300
Nashville, TN 37219


Chattanooga Emergency Medicine
MailStop:36811276
P.O. Box 660064
Dallas, TX 75266-0064


Credit One Bank
PO Box 60500
City of Industry, CA 91716-0500

```
Direct TV
P.O. Box 78626
Phoenix, AZ 85062


Erlanger Health Systems
PO Box 670
Chattanooga, TN 37401


Fidelity Bank
PO Box 105690
Atlanta, GA 30348


First Premier Bank
P.O. Box 5519
Sioux Falls, SD 57117-5519


Frost Arnett
PO Box 198988
Nashville, TN 37219


Gastrointestinal Associates of Cleveland
PO Box 3025
Cleveland, TN 37320


Grisham, Knight & Hooper
P.O. Box 11583
Chattanooga, TN 37401-2583


HRRG
PO Box 5406
Cincinnati, OH 45273-7942


IC Systems
PO Box 64378
Saint Paul, MN 55164


Jefferson Capital System
16 Mceland Rd
St. Cloud, MN 56303


Lane Bryant/World Finance Bank
P.O. Box 659728
San Antonio, TX 78265-9728
```

Marks & Morgan Jewelers
P.O. Box 3680
Akron, OH 44309


McCoin, McCoin & Bunch
443 Worth Street NW
Cleveland, TN 37311


Medical Revenue Service
645 Walnut Street Suite 5
Gadsden, AL 35902


Memorial Health Care System
P.O. Box 644492
Pittsburgh, PA 15264-4492


Mendelson Law Firm
P.O. Box 17235
799 Estate Place
Memphis, TN 38187-0235


MiraMed Revenue Group
991 Oak Creek Drive
Lombard, IL 60148-6408


Optima Recovery
6215 Kingston Pike Suite A
P.O. Box 52968
Knoxville, TN 37950-2968


PASI
PO Box 188
Brentwood, TN 37024-0188


Physician Services of Cleveland
P.O. Box 3690
Cleveland, TN 37320-3690


PMAB LLC
P.O. Box 12150
Suite 800
Charlotte, NC 28220-2150

Premier Financial & Credit Srvcs.
5312 Brainerd Rd.
Chattanooga, TN 37411


Reeds Jewelers
P.O. Box 2229
Wilmington, NC 28402


Regions Bank
P.O. Box 11407
Birmingham, AL 35246-0019


Revenue Recovery Corporation
PO Box 50250
Knoxville, TN 37950-0250


Revenue Recovery Corporation
P.O. Box 50250
Knoxville, TN 37950-0250


RMB, Inc.
Attn: Payment Processing
409 Bearden Circle
Knoxville, TN 37919


SkyRidge Medical Center
PO Box 198029
Atlanta, GA 30384-8029


Southeastern Physician Service PC
P.O. Box 1109
Minneapolis, MN 55440-1109


Springleaf Financial
2538 Keith Street NW
Cleveland, TN 37312-3738


Surgical Specialists, PLLC
2301 North Ocoee Street
Cleveland, TN 37311

TRS Recovery
P.O. Box 17450
Denver, CO 80217


United Community Bank
P.O. Box 3150
Cleveland, TN 37312


Vanderbilt Mortgage
P.O. Box 742533
Cincinnati, OH 45274


Vista Radiology PC
Dept. 888302
Knoxville, TN 37995-8302


Walmart
po Box 530927
Atlanta, GA 30353


Waste Connections of TN
386 Industrial Drive
Cleveland, TN 37311


Yamaha Factory Financing
Retail Services
Dept. 7680
Carol Stream, IL 60116-7680


Zwicker and Associates
P.O. Box 101145
Birmingham, AL 35210-6145