**DENIED AS WITHDRAWN.**
**SIGNED this 31st day of December, 2015**

**THIS ORDER HAS BEEN ENTERED ON THE DOCKET.**
**PLEASE SEE DOCKET FOR ENTRY DATE.**

_/s/ Nicholas W. Whittenburg_
**Nicholas W. Whittenburg**
**UNITED STATES BANKRUPTCY JUDGE**

_____

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF TENNESSEE
### SOUTHERN DIVISION

In Re: Stephen Lewis Whitmire          *     Case No. 1:12-bk-15929-NWW
Amy Lynne Whitmire
                                       *     Chapter 13
Debtor(s)

## ORDER EMPLOYING
### RICHARD BANKS & ASSOCIATES AS COUNSEL TO THE DEBTOR

Upon the foregoing application, for good cause shown, and no adverse interest appearing, it is hereby

**ORDERED** that the Debtor(s), Stephen Lewis Whitmire, is authorized to employ Richard Banks & Associates as counsel for the Debtor(s), for the purposes identified in the Application; it appearing that the above named is qualified and does not have any interest that would disqualify them from representation, it is hereby

**ORDERED** that the Debtor(s) may employ Richard Banks & Associates to act as counsel to the Debtor(s) under the terms and conditions and for the purposes set forth in its Application.

# # #

APPROVED FOR ENTRY:

/s/ Richard L. Banks
Richard L. Bank, BPR #000617
PO Box 1515
Cleveland, TN 37364-1515
(423) 479-4188